# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY THOMAS, | ) | 3:10-cv-00608-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PETZING, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Before the court is plaintiff's motion for rule 54(b) certification (#25). Defendants have responded (#27).

Having considered the pleadings and papers on file, the court hereby DENIES plaintiff's motion (#25).

**IT IS SO ORDERED.**

DATED: This 7th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

1