1
2
3
4
5
6
7
8
9
10
11
12              **UNITED STATES DISTRICT COURT**
13                     **DISTRICT OF NEVADA**
14
15  ANTHONY THOMAS,                    )    3:10-cv-00608-HDM-VPC
                                       )
16              Plaintiff,             )
                                       )
17  vs.                                )    ORDER
                                       )
18  PETZING, et al.,                   )
                                       )
19              Defendant.             )
   _____ )
20
21       The court has considered the report and recommendation of the
    United States Magistrate Judge (#34) filed on September 26, 2011,
22
    in which the magistrate judge recommends that this court enter an
23
    order denying defendants' motion to dismiss (#14), but dismissing
24
    with prejudice all claims against the defendants in their official
25
    capacities based on Eleventh Amendment immunity.  The defendants
26
    objected to the report and recommendation on October 13, 2011
27
    (#35).  No response was filed by the plaintiff, and the time for
28

                                     1

1 filing a response has expired.

2   On a motion to dismiss, the court reviews a complaint to see if, on its face, it contains sufficient factual matter, accepted as true, to state a plausible claim for relief.[1] *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009).  Where a plaintiff appears pro se, the court construes the pleadings liberally and "afford[s the] plaintiff the benefit of any doubt."  *Karim-Panahi v. L.A. Police Dep't*, 839 F.2d 621, 623 (9th Cir. 1988).

9   With these standards in mind, the court has considered the pleadings and memoranda of the parties and other relevant matters of record.  It has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law.  Therefore, and good cause appearing, the defendants' motion to dismiss (#14) the plaintiff's claims against the defendants in their official capacities with prejudice is granted.  In all other respects the defendants' motion to dismiss is denied.

   **IT IS SO ORDERED.**

   DATED: This 12th day of December, 2011.

                              _Howard D. McKibben_
                              UNITED STATES DISTRICT JUDGE

---

[1] The court agrees with the magistrate judge that defendants' motion to dismiss should not be construed as a motion for summary judgment.

2