1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                              **DISTRICT OF NEVADA**

8

9    ANTHONY THOMAS,                    )    3:10-cv-00608-HDM (VPC)
                                        )
10                   Plaintiff,         )    **ORDER**
                                        )
11        vs.                           )
                                        )
12   PETER PETZING, et al.              )
                                        )
13                   Defendant(s)       )
     _____)
14

15        Defendants' motion for discovery order (#49) is **GRANTED**.  IT IS ORDERED that the

16   Washoe County District Attorney's Office shall send to Lovelock Correctional Center 19 audio CDs

17   of recordings of contacts between staff of the Washoe County Detention Facility and Anthony Thomas.

18   Lovelock Correctional Center shall accept the CDs and provide a mechanism and adequate time for

19   Mr. Thomas to review the CDs on or before **Tuesday, October 2, 2012.**

20        **IT IS SO ORDERED.**

21                                                      _Valerie P. Cooke_

22

23                                          **UNITED STATES MAGISTRATE JUDGE**

24

25

26

27

28