**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ANTHONY THOMAS, | ) | 3:10-CV-0608-HDM (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 18, 2012 |
| | ) | |
| PETER PETZING, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for sanctions (#54) is **DENIED**.

Defendants' motion for extension of time to file motions for summary judgment (#56) is **GRANTED**. If the settlement conference is unsuccessful, the parties shall have to and including **Friday, October 26, 2012** to file dispositive motions.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
        Deputy Clerk