**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
ANTHONY THOMAS,                      )    3:10-CV-00608-HDM-VPC
                                     )
                Plaintiffs,          )
                                     )
vs.                                  )    ORDER
                                     )
PETER PETZING, et al.,               )
                                     )
                Defendants.          )
_____)
```

    Before the court is the parties' stipulation to dismiss(#64). The stipulation is hereby **GRANTED**, and the action is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

    DATED: This 6th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE